# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **OWEN HARTY Individually,** | : |
| | : Case No. 09-cv-1977 |
| **Plaintiffs,** | : |
| v. | : |
| | : |
| **DDRM SKYVIEW PLAZA LLC, A Foreign Limited Liability Company,** | : |
| | : |
| **Defendant.** | : |
| _____ | : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now come the respective parties and, by and through undersigned counsel, hereby stipulate to the dismissal of the instant action without prejudice.

Respectfully submitted,

By: /s/ Brian C. Blair          /s/ Thomas B. Bacon

Brian C. Blair, Esq.            Thomas B. Bacon, Esq.
Baker & Hostetler, LLP          Thomas B. Bacon, P.A.
Sun Trust Center                4868 S.W. 103rd Ave.
200 South Orange Avenue         Cooper City, FL 33328
Suite 2300                      ph. (954) 925-6488
Orlando, FL 32802-0112          fax (954) 237-1990
phone: (407) 649-4000           tbb@thomasbaconlaw.com
Fax:   (407) 841-0168
bblair@bakerlaw.com

Attorney For Defendant          Attorney for Plaintiff