# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OWEN HARTY,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1977-Orl-28DAB**

**DDRM SKYVIEW PLAZA LLC,**

          **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Stipulation of Dismissal without Prejudice (Doc. No. 17), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of April, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge